UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NATIONAL ALLIANCE FOR
ACCESSABILITY, INC., a Florida not for profit
corporation, and DENISE PAYNE, individually,     Case No.: 1:11-cv-20695-KMM

        Plaintiffs,

v.

HOOTERS OF COCONUT GROVE, INC., a
Florida profit corporation,

        Defendant.
_____

## STIPULATION OF DISMISSAL

The respective parties, by and through undersigned counsel, hereby stipulate that the instant action be dismissed without prejudice.

Respectfully submitted,

| Attorney for Plaintiffs: | Attorney for Defendant |
|---|---|
| /s/ Thomas B. Bacon | /s/ Richard J. Simeone |
| Thomas B. Bacon, Esq. | Richard J. Simeone, Esq. (Fla. Bar No. 0109460) |
| Thomas B. Bacon, P.A. | Attorney email: rsimeone@hootersfla.com |
| 4868 S.W. 103rd Ave. | RICHARD J. SIMEONE, P.A. |
| Cooper City, FL 33328 | 4411 Cleveland Avenue |
| ph. (954) 925-6488 | Ft Myers Florida 33901 |
| fax (954) 237-1990 | Telephone: (970) 920-7939 |
| tbb@thomasbaconlaw.com | Facsimile: (970) 920-7964 |