UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20695-CIV-TORRES

NATIONAL ALLIANCE FOR
ACCESSABILITY, INC., a Florida not
for profit corporation and DENISE PAYNE,
individually,

           Plaintiffs,

vs.

HOOTERS OF COCONUT GROVE, INC.,
a Florida profit corporation,

           Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court on the Parties' Stipulation of Dismissal [DE 36] and the Court having considered the Stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the about cause is, and the same be hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __31st__ day of October 2012.

                                                    s/ *Edwin G. Torres*
                                                    **EDWIN G. TORRES**
                                                    **UNITED STATES MAGISTRATE JUDGE**